# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR TAGLE,<br><br>        Plaintiff,<br><br>    v.<br><br>NDOC, et al.,<br><br>        Defendants. | Case No. 2:15-cv-00623-APG-GWF<br><br>**ORDER** |

    This matter is before the Court on Plaintiff's Motion for the Proper Authorities to Investigate/Intervene (#6), filed on April 16, 2015. A Response (#22) was filed by the Defendants on May 4, 2015. Plaintiff's Reply (#37) was filed on May 13, 2015.

    This matter is also before the Court on Plaintiff's Motion to Extend Prison Copywork Limit (#8), filed on April 16, 2015. A Response (#24) was filed by the Defendants on May 4, 2015. Plaintiff's Reply (#36) was filed on May 13, 2015.

    This matter is also before the Court on Plaintiff's Motion for Suggestion of Death (#9), filed on April 16, 2015. No response was filed.

    This matter is also before the Court on Plaintiff's Motion to be Removed from NDOC's Jurisdiction (#10), filed on April 16, 2015. A Response (#19) was filed by the Defendants on May 4, 2015. Plaintiff's Reply (#34) was filed on May 13, 2015.

    This matter is also before the Court on Plaintiff's Motion for Transportation for Personal Appearance or, in the Alternative, Motion to Appear Telephonically or Video Conference (#11), filed on April 16, 2015. A Response (#20) was filed by the Defendants on May 4, 2015. Plaintiff's Reply (#38) was filed on May 13, 2015.

### A. Motion to Investigate

Plaintiff requests that the Court conduct an investigation into the alleged abuses of Defendant NDOC. The Court is not an investigative service; if Plaintiff seeks information to support his claims against the Defendants, he may attempt to obtain that information through the discovery process. Plaintiff's motion is denied.

### B. Motion to Extend Copywork Limit

Plaintiff requests that the Court extend his copywork limit. He indicates that Defendant NDOC is preventing him from printing materials. NDOC responds that the Plaintiff is $70.10 over his $100.00 limit. The Plaintiff does not have a right to unlimited copy work. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991); *Sands v. Lewis*, 886 F.2d 1166, 1169 (9th Cir. 1989) (finding that "numerous courts have rejected any constitutional right to free and unlimited photocopying"). Plaintiff has not indicated what materials he is lacking, or how much of an extension of the limit he needs. Plaintiff's motion is denied, without prejudice, so that the Plaintiff may bring a future motion indicating exactly what he needs.

### C. Motion for Suggestion of Death

Plaintiff wishes to name a successor in interest in the lawsuit in the event of his death. Fed. R. Civ. P. 25 provides for the substitution of a party in the event of the death of an interested party. However, the Court cannot entertain this motion until the party in interest has actually died. Plaintiff's motion is premature and is denied.

### D. Motion to be Removed From NDOC's Jurisdiction

Plaintiff seeks relief in the form of being removed from NDOC's jurisdiction, and having his illegally deducted money returned to him. Plaintiff's requested relief is more appropriately sought through a Complaint and not a Motion. Should Plaintiff wish to amend his complaint to seek the requested relief or add additional claims, he may petition the Court for permission to do so. Plaintiff's motion is denied.

### E. Motion for Transporation

Plaintiff requests that he be transported for a hearing, or, in the alternative, that Plaintiff be allowed to appear via video or telephone at the hearing. There are currently no hearings scheduled

in this matter; therefore, Plaintiff's motion is premature. However, should a hearing be scheduled, the Court will make the necessary arrangements for the Plaintiff's appearance. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Invervene/Investigate (#6) is **denied**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Extend Prison Copywork Limit (#8) is **denied** without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Suggestion of Death (#9) is **denied**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to be Removed From NDOC's Jurisdiction (#10) is **denied**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Transportation for Personal Appearance or, in the Alternative, Motion to Appear Telephonically or Video Conference (#11) is **denied**.

**DATED** this 19th day of May, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge