**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

VICTOR TAGLE,                       )
                                    )
    Plaintiff,                      )   Case No. 2:15-cv-00623-APG-GWF
                                    )
v.                                  )   **ORDER**
                                    )
NDOC, et al.,                       )
                                    )
    Defendants.                     )
_____)

       This matter is before the Court on Plaintiff's Motion for an Enlargement of Time (#81), filed on October 26, 2015.

       Plaintiff moves for an extension of the deadline to submit his third amended complaint. Plaintiff represents that it took 11 days for him to receive notice of the Court's most recent order, and that he does not have sufficient time to adequately prepare a complaint. Plaintiff requests an extension of 30 days to submit the complaint. Plaintiff has sufficiently established good cause for granting the extension. Accordingly,

       **IT IS HEREBY ORDERED** that Plaintiff's Motion for an Enlargement of Time (#81) is **granted**. Plaintiff shall file an amended complaint by **December 7, 2015**.

       **DATED** this 28th day of October, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge