**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

VICTOR TAGLE,                                      )
          Plaintiff,                              )
                       )
      v.                                          )             2:15-cv-00623-APG-GWF
                       )
STATE OF NEVADA et al.,                     )             **ORDER**
          Defendants.                        )
_____ )

**I.     DISCUSSION**

On May 21, 2015, Plaintiff filed a motion to issue summonses.  (ECF No. 43).  The Court denies the motion.  Plaintiff's Supplemental Third Amended Complaint (ECF No. 86) is in line for screening.   If any of Plaintiff's claims survive screening, the Court will serve Defendants when it is procedurally applicable to do so.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion to issue summonses (ECF No. 43) is denied.


DATED: This 16th day of March, 2016.


_____
United States Magistrate Judge