**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| VICTOR TAGLE, | Case No. 2:15-cv-00623-APG-GWF |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | (DKT. NO. 93) |

On December 18, 2015, I accepted Magistrate Judge Foley's report and recommendation and denied several of plaintiff Victor Tagle's motions. (Dkt. #92.)  Tagle moved for reconsideration of my order. (Dkt. #93.)  Tagle's motion does not offer a sufficient basis for reconsideration.  I thus decline to reconsider.

IT IS THEREFORE ORDERED that plaintiff Victor Tagle's motion for reconsideration (**Dkt. # 93) is DENIED.**

DATED this 6th day of April, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE