UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VICTOR TAGLE,<br><br>          Plaintiff,<br><br>    v.<br><br>STATE OF NEVADA, *et al.*,<br><br>          Defendants. | Case No. 2:15-cv-00623-APG-GWF<br><br>**ORDER DENYING MOTION FOR DEFAULT JUDGMENT AND MOTION FOR PUNISHMENT OF FRAUD**<br><br>(ECF Nos. 118, 119) |

      Plaintiff Victor Tagle moves for default judgment but he has not stated any basis to award default judgment as the defendants have appeared and filed an answer in this matter. ECF No. 116. He asserts default judgment should be entered because the defendants and their counsel have engaged in unspecified misconduct. ECF No. 118. However, he does not identify what that conduct is nor does he present any evidence in support. I therefore deny this motion.

      Tagle also filed a motion for "punishment" of alleged "fraud." ECF No. 119 at 1. Tagle alleges that the defendants' counsel has engaged in unidentified dishonest behavior. *Id.* He also asserts that the inmate library clerk forced him to sign documents without letting him look at them. *Id.* at 1-2. He further contends that he never requested help from the law librarian and that he never filed a motion in this case. *Id.* at 2. He also references an email but does not explain what email he is discussing. *Id.* Even if Tagle's allegations were comprehensible, he has presented no evidence to support them. I therefore deny this motion.

      IT IS THEREFORE ORDERED that plaintiff Victor Tagle's motion for default judgment **(ECF No. 118) is DENIED**.

      IT IS FURTHER ORDERED that plaintiff Victor Tagle's motion for punishment of fraud **(ECF No. 119) is DENIED**.

      DATED this 3rd day of November, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE