**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| VICTOR TAGLE, | Case No. 2:15-cv-00623-APG-GWF |
| Plaintiff, | **ORDER DENYING MOTION TO DISMISS DEFENDANT'S MOTIONS** |
| v. | |
| STATE OF NEVADA, *et al.*, | (ECF No. 132) |
| Defendants. | |

Plaintiff Victor Tagle moves "dismiss defendants' motions" based on the defendants' change of attorney. ECF No. 132 at 1. Defendants have no pending motions. I therefore deny Tagle's motion as moot.

IT IS THEREFORE ORDERED that plaintiff Victor Tagle's motion to dismiss the defendants' motions **(ECF No. 132) is DENIED as moot**.

DATED this 3rd day of April, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE