UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VICTOR TAGLE,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Defendants. | Case No. 2:15-cv-00623-APG-GWF<br><br>**ORDER FOR EXPEDITED RESPONSE** |

Plaintiff Victor Tagle claims that on April 19, 2017, his boxes of legal materials were confiscated and will be destroyed within 10 days. He requests the Court's intervention to prevent his materials from being destroyed. Given the short time frame, I will order an expedited response from the defendants.

IT IS THEREFORE ORDERED that the defendants shall respond to plaintiff Victor Tagle's request for court intervention (ECF No. 141) on or before 12:00 p.m. on Thursday, April 27, 2017.

DATED this 24th day of April, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE