# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VICTOR TAGLE,

    Plaintiff,

v.

NDOC, *et al.*,

    Defendants.

Case No. 2:15-cv-00623-APG-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motion to Increase Copywork (ECF No. 155), filed on May 4, 2017.

Plaintiff requests a $30 credit to "submit exhibits." However, Plaintiff does not advise the Court to what document he wishes to submit exhibits to, either in this case or any other case he lists in the caption of his motion. Therefore, the Court is unable to determine if there is good cause to grant Plaintiff's request. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Increase Copywork (ECF No. 155) is **denied** without prejudice. Plaintiff is advised that if he chooses to refile his motion, his request should be specifically tailored to this case and should not be a general request made regarding every case he has pending in this district.

DATED this 5th day of May, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge