# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR TAGLE,<br><br>        Plaintiff,<br><br>v.<br><br>NDOC, *et al.*,<br><br>        Defendants. | Case No. 2:15-cv-00623-APG-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion to Extend Time Regarding Discovery (ECF No. 140) and Motion for Court Intervention (ECF No. 141) filed on April 21, 2017. Defendants filed a Response (ECF No. 149) on May 1, 2017.

Plaintiff appears to be requesting that all deadlines in his case be stayed because he was placed in "the hole" and because his legal documents were wrongfully confiscated from him. Plaintiff additionally requests that the Court intervene to ensure that his legal documents are not destroyed. Defendants shed light on Plaintiff's inarticulate requests. Defendants represent that pursuant to NDOC Administrative Regulation 722.04(13)(E), Plaintiff is restricted to possessing three legal boxes. However, Plaintiff admittedly was in possession of five boxes. As a result, an NDOC officer advised Plaintiff to remove two of the five boxes. Plaintiff refused to comply, stated he would "go to the hole," and an NDOC officer confiscated the excess boxes, which were then placed in storage. *See Opposition* (ECF No. 149), Exhibit E. Based on Defendants' representations, the Court finds that Plaintiff's request for court intervention is moot. In addition, at the time Plaintiff filed his motion, there were no pending deadlines that would have been affected by a stay. As Defendants represent, Plaintiff has since been returned to the general

population and is therefore able to meet any future deadlines. *See id.,* at Exhibit A. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time Regarding Discovery (ECF No. 140) is **denied**.

**IT IS FURTHER ORDERED** that Motion for Court Intervention (ECF No. 141) is **denied as moot**.

DATED this 5th day of May, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge