# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VICTOR TAGLE,

    Plaintiff,

v.

NDOC, *et al.*,

    Defendants.

Case No. 2:15-cv-00623-APG-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motion for Review of Filings (ECF No. 159), filed on May 8, 2017.

Plaintiff requests a review of the filings made in this case to ensure that his "Response to Motion of Summary Judgment" was filed. The Court will therefore direct the Clerk's office to mail Plaintiff a copy of the docket sheet from the past ninety (90) days. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Review of Filings (ECF No. 159) is **granted**. The Clerk's office shall send Plaintiff a copy of the docket sheet that shows the entries made from the last 90 days.

DATED this 9th day of May, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge