# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VICTOR TAGLE,

    Plaintiff,

v.

NDOC, *et al.*,

    Defendants.

Case No. 2:15-cv-00623-APG-GWF

**ORDER**

This matter is before the Court on Defendants Kyle Groover and Manuel Portillo's Motion to Extend Time (ECF No. 190), filed on June 21, 2017. Defendants request a 40 day extension of time to file their motions for summary judgment. The Court finds that Defendants have sufficiently established good cause for the granting of the extension. Accordingly,

**IT IS HEREBY ORDERED** that Defendants Kyle Groover and Manuel Portillo's Motion to Extend Time (ECF No. 190) is **granted**.

**IT IS FURTHER ORDERED** that Defendants shall have until **July 31, 2017** to file their motions for summary judgement.

DATED this 22nd day of June, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge