# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VICTOR TAGLE,

    Plaintiff,

v.

NDOC, *et al.*,

    Defendants.

Case No. 2:15-cv-00623-APG-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motion for Evidentiary Hearing (ECF No. 162), filed on May 9, 2017. Also before the Court is Plaintiff's Motion for Copy Work Extension (ECF No. 163), filed on May 9, 2017. Plaintiff appears to be requesting an evidentiary hearing and/or copy work extension. Plaintiff's motion is unclear and contains duplicative requests for relief. Further, he fails to provide factual support or specific legal authority for his requests. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Evidentiary Hearing (ECF No. 162) and Motion for Copy Work Extension (ECF No. 163) are **denied**.

DATED this 27th day of June, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge