UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

VICTOR TAGLE,                                    )
                                                 )
                    Plaintiff,                   )        Case No. 2:15-cv-00623-APG-GWF
                                                 )
        v.                                       )        **ORDER**
                                                 )
NDOC, *et al.*,                                  )
                                                 )
                    Defendants.                  )
                                                 )
_____ )

        This matter is before the Court on Plaintiff's Motion for Issuance of Summons (ECF No. 172), filed on May 11, 2017.

        Plaintiff appears to be requesting summonses to be issued, an evidentiary hearing, and an increase on his limit for copy work. Plaintiff's motion is unclear and he fails to provide factual support or specific legal authority for his requests. Accordingly,

        **IT IS HEREBY ORDERED** that Plaintiff's Motion for Issuance of Summons (ECF No. 172) is **denied**.

        DATED this 10th day of July, 2017.


                                        _____
                                        GEORGE FOLEY, JR.
                                        United States Magistrate Judge