# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VICTOR TAGLE,

    Plaintiff,

v.

NDOC, *et al.*,

    Defendants.

Case No. 2:15-cv-00623-APG-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motion for Removal to Safer Facilities (ECF No. 188) and his Motion for Intervention (ECF No. 189), filed on June 13, 2017. Defendants filed their Response (ECF No. 193) on June 26, 2017. Also before the Court is Plaintiff's Motion for Review (ECF No. 197), filed on June 28, 2017.

Plaintiff's motions are unclear and contain duplicative requests for relief. Plaintiff appears to be requesting relocation of facilities for his safety, because he was placed in the "hole." He further argues that he was denied parole due to alleged actions of Defendants' counsel. He also requests review of alleged unethical illegal actions of deputy attorney generals representing Defendants. He fails to provide factual support or specific legal authority for his requests. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Removal to Safer Facilities (ECF No. 188) and Motion for Intervention (ECF No. 189) are **denied**.

**IT IS FURTHER ORDERED** Plaintiff's Motion for Review (ECF No. 197) is **denied**.

DATED this 7th day of August, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge