# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

VICTOR TAGLE,

   Plaintiff,

  v.

NDOC, *et al.*,

   Defendants.

Case No. 2:15-cv-00623-APG-GWF

**ORDER**

  This matter is before the Court on Plaintiff's Motion for Relief (ECF No. 208), filed on August 11, 2017.

  Plaintiff requests the Court's "intervention" to stop Deputy Attorney General Gerri Hardcastle and Michele Gilds (sic) from tampering and stalling his motions and oppositions from being timely filed. Plaintiff did not present any evidence to support his allegations. Therefore, the Court will deny Plaintiff's motion. Plaintiff is advised that if one of his pleadings is untimely filed and he can show that the untimeliness was the result of tampering or stalling, he may request an extension of that deadline. Accordingly,

  **IT IS HEREBY ORDERED** that Plaintiff's Motion for Relief (ECF No. 208) is **denied**.

  DATED this 14th day of August, 2017.

              GEORGE FOLEY, JR.
              United States Magistrate Judge