# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR TAGLE, | |
| Plaintiff, | Case No. 2:15-cv-00623-APG-GWF |
| v. | **ORDER** |
| NDOC, *et al.*, | |
| Defendants. | |

This matter is before the Court on Plaintiff's Request for Authorities and Court's Intervention (ECF No. 221), filed on August 22, 2017.

Plaintiff's request appears to assert that his civil rights are allegedly being violated while incarcerated and seeks the Court's intervention by way of motion. The instant lawsuit is not the proper avenue for Plaintiff to seek redress from allegedly new or ongoing violations of his rights. If, in fact Plaintiff is experiencing ongoing mistreatment, he can either move to amend his complaint, or bring a separate action after he exhausts his administrative remedies. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Request for Authorities and Court's Intervention (ECF No. 221) is **denied**.

DATED this 28th day of August, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge