1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**

7                          **DISTRICT OF NEVADA**

8

9    VICTOR TAGLE,                          )
                                            )
10              Plaintiff,                   )        Case No. 2:15-cv-00623-APG-GWF
                                            )
11         v.                               )        **ORDER**
                                            )
12   NDOC, *et al.*,                         )
                                            )
13              Defendants.                  )
                                            )
14   _____        )

15         This matter is before the Court on Plaintiff's Motion for Disclosure of Defendants (ECF

16   No. 229), filed on September 13, 2017.  Also before the Court is Plaintiff's Motion for Docket

17   Sheet (ECF No. 230), filed on September 13, 2017.

18         Plaintiff apparently does not know which Defendants remain in his case.  He therefore

19   requests that the Court disclose which Defendants are still in this case.  He also seeks a copy of the

20   docket sheet and "case file" so that he may ascertain which Defendants remain active parties and

21   why others have been terminated.  Plaintiff also appears to be requesting that a default judgment be

22   entered in his favor and that he be immediately released from custody because D.A.G. Hardcastle

23   continues to engage in a conspiracy against Plaintiff.

24         First, in response to Plaintiff request for disclosure, the Court advises Plaintiff that the only

25   remaining Defendants are Manuel Portillo and Kyle Groover.  The Court will instruct the Clerk's

26   Office to send Plaintiff a copy of the docket sheet so that Defendant may ascertain how and when

27   the other Defendants were terminated.  However, Plaintiff should not expect or anticipate that the

28   Court will grant a request to obtain a specific docket entry.  It is Plaintiff's responsibility to retain

copies of filings he makes to the Court as well as the filings sent to him.

Second, Plaintiff's request for default judgment is improper and wholly inadequate. If Plaintiff seeks to obtain summary judgment in his favor he must adhere to the Federal Rules of Civil Procedure. Specifically, Rule 56 governs motions for summary judgment and details what and how evidence should be presented to the Court.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Disclosure of Defendants (ECF No. 229) is **granted** as discussed above.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Docket Sheet (ECF No. 230) is **granted**, in part, and **denied**, in part, as follows: The Clerk's office shall provide Plaintiff with a printout of the docket sheet in this case.

**IT IS FURTHER ORDERED** that Plaintiff's request for default judgment to be entered on his behalf and his request for immediate release are **denied** without prejudice.

DATED this 14th day of September, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge