UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VICTOR TAGLE,<br><br>           Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>           Defendants. | Case No. 2:15-cv-00623-APG-GWF<br><br>**ORDER DENYING MOTION FOR SUMMARY JUDGMENT**<br><br>(ECF No. 139) |

Plaintiff Victor Tagle moves for summary judgment. ECF No. 139. The motion fails for several reasons. Tagle does not offer any legal authority to support his request. Moreover, there are several genuine issues of material fact that preclude entry of summary judgment. Finally, in his reply, Tagle admits he is not requesting summary judgment, but rather seeks "default in favor of [himself] due to defendants' criminal behavior." ECF No. 156 at 3. That request, likewise, lacks any merit. I therefore deny Tagle's motion.

IT IS THEREFORE ORDERED that plaintiff Victor Tagle's motion for summary judgment **(ECF No. 139) is DENIED**.

DATED this 18th day of October, 2017.

                                                      ANDREW P. GORDON
                                                      UNITED STATES DISTRICT JUDGE