UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VICTOR TAGLE,<br><br>           Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>           Defendants. | Case No. 2:15-cv-00623-APG-GWF<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR REVIEW**<br><br>(ECF No. 150) |

Plaintiff Victor Tagle filed a "request for review of last submission . . . ." ECF No. 150. That document seems to seek confirmation that the court received and reviewed all four pages of his motion for summary judgment filed shortly before then. ECF No. 139. The defendants do not oppose the request. ECF No. 174. I reviewed all four pages of that motion, as well as the related documents. Thus, Mr. Tagle's request is moot.

IT IS THEREFORE ORDERED that the plaintiff's request for review (ECF No. 150) is GRANTED but is moot.

DATED this 23rd day of October, 2017.

                                                                          ANDREW P. GORDON<br>
                                                                          UNITED STATES DISTRICT JUDGE