UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VICTOR TAGLE, | Case No. 2:15-cv-00623-APG-GWF |
| Plaintiff, | **ORDER DENYING MOTION FOR REVIEW AND ORDERING THE REMAINING PARTIES TO PREPARE A PROPOSED JOINT PRETRIAL ORDER** |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | (ECF No. 238) |

Plaintiff Victor Tagle moves for review of my order denying his summary judgment motion. ECF No. 238. I deny the motion. Tagle does not provide a basis for reconsideration. *See Sch. Dist. No. 1J, Multnomah Cnty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993).

I granted defendant Kyle Groover's motion for summary judgment on October 23, 2017. ECF No. 236. Defendant Manuel Portillo did not move for summary judgment. Tagle's claims against him therefore remain pending. Pursuant to the scheduling order, the parties were to file a proposed joint pretrial order 30 days after a ruling on dispositive motions. ECF No. 127. More than 30 days have passed since I ruled on Groover's summary judgment motion, but no proposed joint pretrial order has been filed. I therefore direct the remaining parties to file one within 20 days. Failure to do so may result in dismissal of the remainder of this action.

IT IS THEREFORE ORDERED that plaintiff Victor Tagle's motion for reconsideration **(ECF No. 238) is DENIED**.

IT IS FURTHER ORDERED that within 30 days of the entry of this order, the remaining parties shall file a proposed joint pretrial order. Failure to timely file a proposed joint pretrial order may result in dismissal of the remainder of this action.

DATED this 29th day of November, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE