# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VICTOR TAGLE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:15-cv-00623-APG-GWF<br><br>**ORDER DISMISSING CASE** |

　　　　On November 29, 2017, I directed plaintiff Victor Tagle and defendant Manuel Portillo to file a proposed joint pretrial order within 20 days. ECF No. 242. Nothing was filed. Additionally, the copy of that order sent to Tagle was returned in the mail. ECF No. 246. Local Rule IA 3-1 requires a pro se plaintiff to immediately notify the court of any of change of address. "Failure to comply with this rule may result in dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1. Consequently, on January 9, 2018, I ordered Tagle to show cause, in writing, why his remaining claims against defendant Manuel Portillo should not be dismissed for failure to prosecute. ECF No. 247. I warned Tagle that failure to respond to that order would result in dismissal with prejudice. *Id.* Tagle did not respond. That order was also returned in the mail. ECF No. 248.

　　　　IT IS THEREFORE ORDERED that plaintiff Victor Tagle's claims against Manuel Portillo are DISMISSED with prejudice for failure to prosecute and for failure to comply with the Court's orders and the Local Rules. The clerk of court shall enter judgment in favor of defendant Manuel Portillo and against plaintiff Victor Tagle.

　　　　DATED this 6th day of February, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE